In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Real Property within the Area Bounded by Jewel Avenue, Utopia Parkway and 73d Avenue, in the Borough of Queens, Duly Selected as a Site for Park Purposes

According to Law. GROSS MORTON PARK CORPORATION and HOME REALTY CORPORATION, Appellants; CITY OF NEW YORK, Respondent.— Final decree in a condemnation proceeding, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.